IN THE SUPREME COURT OF THE STATE OF NEVADA

LORI IRISH,
Appellant,
vs.
DESERT TRAILS COMMUNITY
ASSOCIATION; FIRSTSERVICE
RESIDENTIAL; AND NEVADA, LLC,
Respondents.

No. 80797

**FILED**

APR 0 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was docketed on March 13, 2020, without payment of the requisite filing fee. That same day, a notice issued directing appellant to pay the filing fee within 10 days or the appeal will be dismissed. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Jacqueline M. Bluth, District Judge
     Lori Irish
     Wood, Smith, Henning & Berman, LLP/Las Vegas
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-12491